PER CURIAM.

(No. 73-CC-57—Claimant )

UNIVAC, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF
REVENUE, Respondent.

*Opinion filed November 13, 1973.*

Univac, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.